This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-40808**

**STATE OF NEW MEXICO,**

     Plaintiff-Appellee,

v.

**ALTON P. SMITH a/k/a
ALTON PETE SMITH,**

     Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF CURRY COUNTY
Drew D. Tatum, District Court Judge**

Raúl Torrez, Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Jasmine Solomon, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**DUFFY, Judge.**

**{1}**    Defendant appeals his conviction for possession of methamphetamine. We issued a notice of proposed summary disposition proposing to affirm. Defendant has responded with a timely memorandum in opposition. After due consideration, we remain unpersuaded. We therefore affirm.

**{2}**    Defendant continues to challenge the sufficiency of the evidence to support his conviction. However, Defendant has not asserted any facts, law, or argument that

persuade us that our notice of proposed disposition was erroneous. *See generally Hennessy v. Duryea*, 1998-NMCA-036, ¶ 24, 124 N.M. 754, 955 P.2d 683 ("Our courts have repeatedly held that, in summary calendar cases, the burden is on the party opposing the proposed disposition to clearly point out errors in fact or law."); *State v. Mondragon*, 1988-NMCA-027, ¶ 10, 107 N.M. 421, 759 P.2d 1003 (stating that "[a] party responding to a summary calendar notice must come forward and specifically point out errors of law and fact," and the repetition of earlier arguments does not fulfill this requirement), *superseded by statute on other grounds as stated in State v. Harris*, 2013-NMCA-031, ¶ 3, 297 P.3d 374. Accordingly, we adhere to our initial assessment of this matter, and reject this assertion of error.

**{3}** Accordingly, for the reasons stated in our notice of proposed disposition and herein, we affirm.

**{4}    IT IS SO ORDERED.**

**MEGAN P. DUFFY, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**KRISTINA BOGARDUS, Judge**